# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATUNZA V. REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Case No. CV 16-7170 CJC(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Complaint, all documents filed in connection with the Motion to Dismiss, and all of the records herein, including the May 25, 2017 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED: (1) the Motion to Dismiss is granted; (2) the First Amended Complaint is dismissed without leave to amend; (3) the action is dismissed without prejudice; and (4) judgment shall be entered accordingly.

///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Report and Recommendation on plaintiff and counsel for defendants.
3    IT IS SO ORDERED

DATED: June 22, 2017



_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE