# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATUNZA B. REED, | Case No. CV 16-7170 CJC(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend, and this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: June 22, 2017

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE